## Allyn Schiavone *v.* Joel Schiavone
## (7247)

Daly, O'Connell and Stoughton, Js.

Argued May 18—decision released May 31, 1989

*William H. Narwold,* with whom, on the brief, was *Barbara M. Schellenberg,* for the appellant (defendant).

*Mark R. Soboslai,* with whom, on the brief, was *Howard A. Jacobs,* for the appellee (plaintiff).

*Susan W. Wolfson,* for the minor children.

Per Curiam. We have carefully examined the record, transcripts and briefs submitted to us on this appeal. After affording the defendant's claims of error the appropriate scope of review, we conclude that the trial court correctly applied the law to the evidence. *Stiepel* v. *Cone,* 14 Conn. App. 815, 541 A.2d 547 (1988).

There is no error.